UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:13-cr-229-T-30MAP

RICHARD HARRISON SOLER
LINDA RODRIGUEZ
ROBERT WILLIAMSON

## FINAL JUDGMENT OF FORFEITURE AS TO CERTAIN REAL PROPERTY

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 127), pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following asset:

> The real property located at 7748 Brettonwood Drive, Tampa, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> LOT 23, BLOCK 1, CYPRESS TREE, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 48, PAGE 19, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.
>
> Parcel ID: U-23-28-17-07V-000001-00023.0.

On August 16, 2013, the Court entered Preliminary Orders of Forfeiture against defendants Linda Rodriguez and Robert Williams for the asset described above, pursuant to 21 U.S.C. § 853. Docs. 59 and 60.

On October 3, 2013, the Court entered a Preliminary Order of Forfeiture

against defendant Richard Soler for the asset described above, pursuant to 21 U.S.C. § 853. Doc. 79.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from December 10, 2013 through January 8, 2014. Doc. 123. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via certified United States mail and first class mail to the Hillsborough County Tax Collector, James Valenti and Spencer Lumia, the only entity and individuals believed to have any potential interest in the real property. The Tax Collector and James Valenti and Spencer Lumia filed Verified Petitions, which have been settled. No other entity or individual is believed to have any potential interest in the asset.

No other third party or entity has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion (Doc. 127) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset identified above is CONDEMNED and FORFEITED to the United States for disposition according to law, subject to the terms of the settlement agreements filed in the instant case. Specifically, the United States agrees to pay the Tax Collector all ad valorem real property taxes and non-ad valorem assessments due and owing, up to the date of entry of the Final Order of Forfeiture, and all interest on said taxes due and owing up to the date of payment. Doc. 65. In addition, the United States agrees to pay James Valenti and Spencer Lumia the unpaid principal on their mortgage on the real property. Doc. 113.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 13th day of February, 2014.

James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-229 fj forfeit 127.docx